**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **ACQUISITION INTEGRATION, LLC,** | ) | Case No. 25-81168-CRJ11 |
| | ) | |
| | ) | Chief Judge Clifton R. Jessup, Jr. |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **ACQUISITION INTEGRATION, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 26-80048-CRJ |
| | ) | |
| **EDWARD J. POLLOCK,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT

COMES NOW Plaintiff Acquisition Integration, LLC, the debtor-in-possession herein ("Plaintiff"), pursuant to Fed. R. Bankr. P. 7055, and requests the Clerk to enter a default against Defendant Edward J. Pollock ("Defendant") on the basis that the record in this case demonstrates that there has been a failure of Defendant to answer, plead, or otherwise defend this action, and the Plaintiff is entitled to an entry of default against the Defendant.

*/s/ Trent Meriwether*
Stuart M. Maples (ASB-1974-S69S)
Trent Meriwether (5616Z28N)
THOMPSON BURTON PLLC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779
smaples@thompsonburton.com
tmeriwether@thompsonburton.com
*Debtor-in-Possession's Counsel*

## CERTIFICATE OF SERVICE

I certify that, on the same day as this filing, I served a copy of the foregoing document electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon Richard M. Blythe, Bankruptcy Administrator at richard_blythe@alnba.uscourts.gov; service being made by a Notice of Electronic Filing; and upon Edward J. Pollock, c/o Brad Ryder, counsel on proof of claim, by mailing a copy of same via U.S. mail first-class, postage prepaid to P.O. Box 4265, Huntsville, AL 35815, and emailing a copy of the same to brad@ryderlaw.com.

*/s/ Trent Meriwether*
Trent Meriwether