# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ACQUISITION INTEGRATION, LLC, | ) | Case No. 25-81168-CRJ11 |
| | ) | |
| | ) | Chief Judge Clifton R. Jessup, Jr. |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ACQUISITION INTEGRATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 26-80048-CRJ |
| | ) | |
| EDWARD J. POLLOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

The undersigned, being duly sworn, deposes and says that:

1. I am an attorney admitted to practice before this Court and the attorney for the Plaintiff in this action.

2. I make this Affidavit in support of Plaintiff's request that the Clerk of the Court certify and enter a default against Defendant Edward J. Pollock ("Defendant"), pursuant to Fed. R. Bankr. P. 7055(a).

3. The Plaintiff does consent to entry of final order by the Bankruptcy Court.

4. The Complaint was filed on March 12, 2026.

5. The Summons was issued by the Clerk on March 12, 2026.

6. The Summons and Complaint were served on Defendant by U.S. mail first-class, postage prepaid on March 13, 2026, pursuant to Fed. R. Bankr. P. 7004.

7. A Certificate of Service detailing the date and manner of service on Defendant was filed with the Court on March 13, 2026.

8. Defendant has failed to answer, plead, or otherwise defend this action.

9. The time to answer, plead, or otherwise defend this action expired on April 13, 2026, said date being thirty (30) days after issuance of the Summons.

10. Defendant has not appeared in this action and the time to appear has expired.

11. Defendant is not an infant or incompetent person.

12. The Defendant is not the Debtor.

13. Plaintiff hereby requests that the Clerk of the Court enter a default against Defendant, pursuant to Bankruptcy Rule 7055(a).

Dated: May 6, 2026.

/s/
Trent Meriwether (5616Z28N)

STATE OF ALABAMA, COUNTY OF MADISON

Sworn to before me this 7th day of May 2026.

Notary Public